**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Dexia Credit Local
        Plaintiff,

v.             Case No.: 1:10–cv–01563
             Honorable Matthew F. Kennelly

Frederick M. Cuppy, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 13, 2011:

  MINUTE entry before Honorable Matthew F. Kennelly:Status hearing held with attorneys by telephone. Status hearing continued by telephone to 7/18/2011 at 09:00 AM., for the purpose of reporting on settlement. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.