**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DEXIA CREDIT LOCAL, f/k/a Dexia Public<br>Finance Bank and Credit Local of France, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 10-cv-1563 |
| v. | ) | |
| | ) | Judge Matthew F. Kennelly |
| FREDERICK M. CUPPY, and BURKE<br>COSTANZA & CUPPY, LLP, | ) | |
| | ) | |
| Defendants. | | |

## NOTICE OF DISMISSAL

In accordance with the parties' Settlement Agreement in the above-captioned case,

plaintiff Dexia Crédit Local hereby dismisses this case with prejudice, with each party bearing its

own costs and fees.


Dated:  July 27, 2011

Respectfully Submitted,
DEXIA CRÉDIT LOCAL

By:____/s/ Gabriel Aizenberg_____
        One of its Attorneys

Greenberg Traurig LLP
Scott Mendeloff, Esq.
Gabriel Aizenberg, Esq.
77 West Wacker Drive
Chicago, IL  60601
(312) 456-8400

Counsel for the Dexia Crédit Local

## CERTIFICATE OF SERVICE

I, Gabriel Aizenberg, an attorney, do hereby certify that I caused to be served the attached NOTICE OF DISMISSAL, on the parties via this Court's ECF system on this 27th day of July 2011.


/s/ Gabriel Aizenberg
Gabriel Aizenberg